# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>    Petitioner,<br><br>    v.<br><br>EXEC. DIR. DOE, ATASCADERO STATE HOSPITAL,<br><br>    Respondent. | Case No. 18-01309 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 28, 2018, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 2.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: 4/10/2018

    EDWARD J. DAVILA
    United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.18\01309Overton_dism-ifp.docx